```
MCGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
BENJAMIN C. SANDEL
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2739
```

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 07-mj-0109 DAD |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
| | ) | INFORMATION AND ORDER |
| v. | ) | |
| | ) | |
| JOSE T. VILLARREAL, | ) | |
| | ) | DATE: May 23, 2007 |
| Defendant. | ) | TIME: 9:00 a.m. |
| _____ | ) | JUDGE: Hon. Dale A. Drozd |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing with prejudice No. 07-mj-0109 DAD.

DATED: May 18, 2007                    MCGREGOR W. SCOTT
                                       United States Attorney

                                       By: /s/ Matthew C. Stegman
                                           MATTHEW C. STEGMAN
                                           Assistant U.S. Attorney

ORDER

IT IS SO ORDERED:

DATED: May 21, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDad1/orders.criminal/villarreal0109.ord